UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 MAY -4 PM 12:56

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RAMON GARRIDO-REYES,<br><br>                    Defendant. | CASE NO. 12cr1261-CAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal, without prejudice; or

_____   the Court has granted the motion of the defendant for a judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Information:

      8:1326(a) and (b) - Illegal Entry (Felony)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 4, 2012

Nita L. Stormes
U.S. Magistrate Judge